# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PANAGIOTA VRONTOU,** *individually and as successor-in-interest to* **GEORGIOS VRONTOS**, Deceased, **MARIANNA VRONTOU**, *Individually,*<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>**ASTRA FLOORING COMPANY**, et al.,<br><br>　　　　　　　Defendants. | Case No. CV 23-5930-GW-MAAx<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR REMAND** |

## I.

## PROCEDURAL BACKGROUND

On July 21, 2023, Defendant Paramount Global (Westinghouse) filed a Notice of Removal to Federal Court Under 28 U.S.C. Sections 1331, 1367, 1442(A)(2), and 1446. This case was removed from the Los Angeles County Superior Court of California, Case No. JCCP 4674/23STCV14145. Also on July 21, 2023, Defendant General Electric Company filed a Joinder to the Notice of Removal.

## II.
## FACTUAL HISTORY

On June 16, 2023, Plaintiffs filed a Complaint for Wrongful Death and Survival Action in the Los Angeles County Superior Court, Case No. JCCP 4674/23STCV14145.  PARAMOUNT GLOBAL *f/k/a* VIACOMCBS INC. *f/k/a* CBS CORPORATION *f/k/a* Viacom, Inc., *successor-by-merger with* CBS Corporation *f/k/a* Westinghouse Electric Corporation and *successor-in-interest to* BF Sturtevant), a Delaware Corporation with its principal place of business in the State of New York, (Paramount Global (Westinghouse)) was named as a defendant in said Complaint. Defendant Paramount Global (Westinghouse) was served with the Superior Court Complaint on June 21, 2023.  On July 21, 2023, Defendant Paramount Global (Westinghouse) filed a Notice of Removal to Federal Court Under 28 U.S.C. Sections 1331, 1367, 1442(A)(2), and 1446.  Also on July 21, 2023, Defendant General Electric Company filed a Joinder to the Notice of Removal.   Plaintiffs have now resolved their claims against Paramount Global (Westinghouse) and General Electric Company and Paramount Global (Westinghouse) and General Electric Company have agreed to a remand of the case.  There is no other basis for removal jurisdiction now that the claims against Paramount Global (Westinghouse) have been resolved.  In their Joint Rule 26(F) Report Plaintiffs moved for the remand of this case to the Superior Court of California, County of Los Angeles.   There is no opposition to this motion for remand from any other defendant.

## III.
## CONCLUSION

For the reasons stated above, Plaintiffs' Motion for Remand is granted and the matter is ordered remanded.  Accordingly, the Court vacates the scheduling conference.

IT IS SO ORDERED.

//

//

1    IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on
2    counsel for all parties in this action.

3    DATED: August 31, 2023

                                    _____
                                    HON. GEORGE H. WU,
                                    UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION FOR REMAND